| Name of Person Reporting | Date of Report |
|---|---|
| Quist, Gordon J. | 05/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK CASH ACCOUNT | A | Interest | J | T | | | | | |
| 2. CHASE BANK CASH ACCOUNT | A | Interest | J | T | | | | | |
| 3. NORTHWEST MUTUAL LIFE INS (WHOLE LIFE) | B | Dividend | M | T | | | | | |
| 4. MACATAWA BANK CASH ACCOUNTS | A | Interest | J | T | | | | | |
| 5. (H) BROKERAGE ACCT #2 | | | | | | | | | |
| 6. -SCHWAB DEPOSIT ACCOUNT | A | Interest | L | T | | | | | |
| 7. -SOUTHWEST GAS CORP COM (SWX) | B | Dividend | L | T | | | | | |
| 8. -MACATAWA BANK CORP (MCBC) | A | Dividend | K | T | | | | | |
| 9. -VERIZON COMMUNICATIONS (VZ) | A | Dividend | | | Sold | 05/01/17 | K | | |
| 10. -DTE ENERGY COMPANY (DTE) | A | Dividend | K | T | | | | | |
| 11. -VANGUARD DIV GROWTH FD (VDIGX) | C | Dividend | L | T | | | | | |
| 12. -TRANSCANADA CORP F (TRP) | A | Dividend | | | Sold | 05/01/17 | K | | |
| 13. -VANGUARD LONG TERM BOND (BLV) | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 14. (H) BROKERAGE ACCT #1 | | | | | | | | | |
| 15. -SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 16. -SCH US DIV EQUITY ETF (SCHD) | A | Dividend | K | T | Buy (add'l) | 03/06/17 | J | | |
| 17. -VANGUARD DIV GROWTH FD (VDIGX) | A | Dividend | J | T | Buy (add'l) | 02/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ISHARES TR CORE HIGH (HDV) | B | Dividend | K | T | | | | | |
| 19. -VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | A | Dividend | K | T | | | | | |
| 20. (H) BROKERAGE ACCT #3 | | | | | | | | | |
| 21. -SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 22. -SCHWAB US DIV EQUITY ETF (SCHD) | A | Dividend | | | Sold | 11/06/17 | K | C | |
| 23. -VANGUARD DIV GROWTH FD (VDIGX) | A | Dividend | J | T | | | | | |
| 24. (H) BROKERAGE ACCT #4 | | | | | | | | | |
| 25. -SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 26. -VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |
| 27. -GENTEX CORP (GNTX) | A | Dividend | J | T | | | | | |
| 28. -ROYAL BK CDA MONTREAL F (RY) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quist, Gordon J. | 05/13/2018 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gordon J. Quist**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544